165 So.2d 486

**Mrs. Effie Ardoin PITRE**

v.

**Elin PITRE.**

No. 47293.

June 30, 1964.

In re: Elin Pitre applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 162 So.2d 430.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

HAMITER, J., dissents, being of the opinion that the application presents only question of facts.

HAMLIN, J., concurs with the views expressed by Justice HAMITER.